FILED
CLERK, U.S. DISTRICT COURT
OCT 3 2008
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SCOTT E. STANKEY, | Case No. CV 03-5451 GPS (RCx) |
| Plaintiffs, | Assigned for All Purposes to the Honorable George P. Schiavelli |
| v. | |
| THE UNITED STATES OF AMERICA, and DOES 1 through 30, INCLUSIVE, | **JUDGMENT** |
| Defendants. | |

In light of this Court's findings of fact and conclusions of law, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled to a judgment of $62,450.19. Plaintiff may recover his costs.

**IT IS SO ORDERED.**

Dated this _1st_ day of October, 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1